**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joseph D. FLORES**<br>DOB: 2002; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-08414MJ |

Complaint for violation of Title 18, United States Code, Sections 113(a)(3) and 1153

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 6, 2023, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, Defendant **Joseph D. FLORES**, an Indian, did intentionally, knowingly, and recklessly assault J. F. F., with a dangerous weapon, that is, a hatchet, with intent to do bodily harm; all in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 6, 2023, in the early morning hours, PYPD communications received a call regarding an assault occurring at a residence on Kau Bo Oh in the Pascua Yaqui Indian Reservation, in the District of Arizona. Pascua Yaqui Indian Reservation is a federally recognized Indian tribe in the United States. It was reported that a verbal dispute occurred between the victim, J. F. F., and various family members including the Defendant **Joseph D. FLORES**, an enrolled member of the Pascua Yaqui Indian Reservation. The verbal dispute resulted in J. F. F. throwing **FLORES** and another family member out of the residence, closing the front door and locking them out. Witnesses observed **FLORES** enter the house via the side door located near the kitchen with a weapon in hand. Witnesses believed the weapon to be an axe. **FLORES** rushed toward the victim J. F. F. who was then struck on the head with the item. One witness wrestled **FLORES** to the ground, disarming him of the weapon. The victim sustained a large laceration to the head and was taken to Banner University Medical Center whereupon the wound was treated and stitched. PYPD officers who responded to the scene found the victim siting on a couch in the living room while holding a towel to the head. Officers saw blood dripping from the head area to the floor. A responding officer observed several women holding down a subject later identified as the Defendant **FLORES**. PYPD officers retrieved a hatchet from underneath a couch in the living room. **FLORES** resisted arrest by telling officers "Let's go one on one." He was ultimately arrested and taken into tribal custody. The victim stated that **FLORES** had been drinking alcohol the evening before.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *R. Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2023.01.12 17:55:57 -07'00')<br><br>Sworn to telephonically x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT (official title)<br>COLLEEN FINN (Digitally signed by COLLEEN FINN Date: 2023.01.13 08:36:37 -07'00')<br><br>OFFICIAL TITLE<br>FBI SA Colleen Finn<br><br>DATE<br>January 13, 2023 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA